**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Case No.  09-cv-01473-PAB-KMT

ERIKA CEPERO,

    Plaintiff,

v.

METRO COLLECTION SERVICE, INC.,

    Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Stipulation of Dismissal With Prejudice [Docket No. 7].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED September 10, 2009.

                                              BY THE COURT:

                                              s/Philip A. Brimmer_____
                                              PHILIP A. BRIMMER
                                              United States District Judge